The next matter is Medidata v. Federal Insurance Company. Two for one, Mr. Hacker, today. Good morning, Your Honors, and yes, it's good to be back. May it please the Court, computer fraud coverage does not simply mean, does not cover simply fraud committed through use of a computer. This is coverage for corruption of the system itself, not old-fashioned deceit committed through modern communication means. Why wasn't the system corrupted by getting into their email system and generating an email that put the President's picture on it? So to, the answer I think comes from both the language of the policy as construed authoritatively by the New York Court of Appeals in the universal case. The language requires a fraudulent entry of data or information, not an entry of fraudulent information. And paragraph 35 of the joint stipulation answers the question, well, first of all, the Court of Appeals says what fraudulent . . . They put in fraudulent claim data. Is that right? Isn't that what the universal is about, fraudulent claim data? Well, fraudulent information, and the Court said submitting fraudulent information is not a fraudulent entry because the intent, this is from the Court, the intentional word placement of fraudulent before entry and change manifests the party's intent to provide coverage for a violation of the integrity of the computer system itself. And the Court said that fraudulent entry means, quote, unambiguously applies to losses incurred from unauthorized access, that's the key, unauthorized access to the computer system, not to losses resulting from fraudulent content submitted by . . . Wasn't there access here? There was not. The access here was authorized. Metadata itself says so. It's not from me. It's from paragraph 35 of the joint stipulation, which says unambiguously, there is, this is paragraph 35, there is no evidence that the sender hacked Metadata's computers or committed an unauthorized intrusion into any computer or server owned, leased, or utilized by Metadata. The Court of Appeals says you have to have an unauthorized intrusion. Metadata says there was no unauthorized intrusion here. But I think what I would like you to address is that in the Court of Appeals decision, we're dealing with a regular old communication to which was attached fraudulent invoices. So to that extent, the computer is simply the vehicle for conveying the fraudulent invoice that could as easily have been a piece of paper. What seems to me to be different about this case is that someone had to know how to manipulate a computer, the device itself, in order to have it show an address that was not the accurate address. And that seems a step removed from that invoice case in the Court of Appeals. Help us out with why you think we should nevertheless look at that fraudulent use of a computer as outside your contract. And the key is, again, this comes from the Joint Stipulation answers that. There is no manipulation of Metadata's computer. A paragraph 10 now of the Joint Stipulation says explicitly the entire email creation process occurs on the sender's computer. There's no instruction that's sent in that says put up a false from information. The from field is written on the sender's computer using a PHP script that allows the sender to just write information in the body of the message and write down a from address, just like in a physical letter at the top of the letter, the from can be written to say anything you want. Literally nothing happens on Metadata's computer that is different from what happens on the sender's computer, with one exception I'll address in a moment. But the from address is the key, and that isn't a manipulation, the computer is not duped, it just reads accurately. Metadata's computer was duped because this came from someone who wasn't the sender. It came from the President and he was not the actual sender. But the computer wasn't duped, it wasn't corrupted in any way, it accurately read the message written on the sender's computer which put down a from which was not the sender. It's just like literally sending a letter in to a Metadata system that has from, the Metadata's President, on the top. Nothing in the mail system changes and nothing in Metadata's system changed either. I'm not sure about that, I mean, companies, entities of all kinds, including our court, have email systems that we expect to have a certain integrity, and what happened here is that that integrity was breached by someone who, albeit outside the device itself, knew how to manipulate that. And I'm concerned that, you know, to always put things in simple terms that one understands, if I were to receive an email this afternoon that purported to be from the presiding judge, and instead someone from outside had manipulated the computer, I would understand how that could be characterized as a breach of our email system. Not just an attachment that's fraudulent, but a breach of the system. And the key is, if you got that message, nothing in the system would have changed. The system didn't do anything. The system accurately read the false email prepared according to the joint stipulation entirely on the sender's computer. Nothing about the system was corrupted, it just read an email that said the chief judge was the sender. That's what the message appears. How that it happened was by various means that had my computer now revealing someone other than the, you know, the inside envelope, the outside envelope. The inside envelope has now been corrupted by the outside envelope. That's not quite right. When you say various means, that's the key. The various means you refer to to how they accomplished that, 100% of those various means occurred outside the system. Nothing about the system, there's no fraudulent entry into the system. There was a submission of a fraudulent return, false. It's not fraudulent entry into the system. The system now is reporting that the message comes from someone it doesn't come from. It's reporting fictitious information. The entry didn't occur, you didn't facilitate the entry because of the fake false, from information. Hacking is putting false information into the system too. So, you know, you've written an insurance policy. The question is whether you're insured would understand that this kind of conduct is not covered because it's more analogous to the fraudulent invoice than to hacking and I'm not sure that's obvious to someone. Well, I think the key is to apply the, you know, terms as written and that there has to be a fraudulent entry, not an entry of fraudulent information. Fraudulent entry means unauthorized entry. There's no ambiguity in that. That's what the Court of Appeals says. If the fraudster entered the system by sending a letter that had the president's pedigree information, isn't that correct? That's descriptively accurate, but the entry wasn't gained by the false from statement. If the fraudster had gotten into the system because it was locked against all outsiders except the president and the fraudster wrote some code in that made it look like the true sender was the president and got in that way, that would be a fraudulent entry. So he must have gotten that way. How else did he get the email to his employees? He got it in the same way anybody, they're authorized users. All members of the public are allowed to send emails into the employee's inboxes. That's why metadata says there's no unauthorized intrusion here. It wasn't unauthorized. It was an authorized intrusion that used false information. It took information that was in the computer, imported it into the sender's computer—stop me when you think I'm wrong—manipulated it by bringing it over to pose as a sender I think you're wrong there. It didn't manipulate it? No, it came in on the sender. Tell me this, and I'm not sure it's in the record, and please forgive me if it is. Is the president's picture in every email that goes out to every member of the public, lucky public? It would be the other way around, I think, right? No, no. The president's picture comes back on the email. That's how Ms. Evans knew it was from the president, knew in quotes. When it comes in, if the president sends an email, it's not that all emails come in. It's any time a from line identifies an employee. This from line falsely identified an employee, so the system operated like it was supposed to. It wasn't changed or corrupted in any way. It just said, you know, glenn.deVrys at mdsoul.com. That's what it said. All they had to type in at the sending end was glenn.deVrys? Using the PHP script, that's correct. So they had to use a script, a normal program. It automatically picks up the picture at the receiver's end? Based on how that system works, it just reads whatever the from address on the message says. It doesn't. They didn't set their system up to do that based on the envelope, and the envelope accurately had the fraudster's email on it. That was accurate. The message was accurate. It was rendered accurately. Let me amend that. Rendered accurately. Counsel, wasn't there coding involved in order not to show the true from? So that my computer, which is the same as Judge Rasche's, when I write something, it's always going to say it's from me. So somehow, some coding changed it, so that the fraudster's computer could say from the President. Not quite. There was no coding that changed any data elements or program instructions on the metadata system. The PHP script is just a computer language, it allows you to write an email, and using that language, they wrote the false from line. It could have been anything. Just the way that in the body of the message, there was false statements in the message, the from field was false. Nothing changed. As you said, computer violation is defined as the fraudulent entry of data into a computer system. Data simply means information, knowledge, facts, which are processed and stored in a computer system, and a computer system is a computer. And all input processing, storage, etc., that's part of it, but it's the computer. So working backwards, the computer at the plaintiff's receives data, namely information that this email is coming from the President, when in fact, that data has been fraudulently entered because it's not the President. It's got a completely different address that's hidden. And so why doesn't that exactly fit within the language of the policy? Because it wasn't fraudulent entered, because the universal case says with no ambiguity that fraudulent entry means unauthorized entry. You break a password. You hack a security system. This was an authorized email with false information. But fraud is limited only by human imagination. And what happened here was the fraud was that it revealed that it was coming from the President, but it concealed that it was coming from someone else. That's material information that's concealed. I'm not saying there wasn't a fraud. I'm saying there wasn't, the email didn't gain entry to the system. That's the key. Entry to the system through... No, no. Your definition is not entry into the system. It's the fraudulent entry of data. That's correct. And universal says what it's not is the entry of fraudulent data. And that's what this was. Fraudulent data came in. That's fine. The fraudulent data that came in was the false from information misrepresenting the name of the center. Just like in universal, there was false claim information was submitted, but the entry wasn't fraudulent because it wasn't unauthorized. It didn't gain entry by saying, I'm the President, not somebody else. Data as defined here means information, knowledge, et cetera, not generally, but which are processed and stored in a computer system. That might allow you to argue that just an attachment of an invoice is not information processed and stored in a computer system. But now that you've identified who is the sender of the email and done it fraudulently, that's now processed and stored in the computer system of the victim. But the entry wasn't fraudulent. That's the point. You've submitted false data. That's fine. Submitting false data is fine, but it's fraud. But it's not a fraudulent entry because you- What's wrong with the proposition that any time you conceal the true identity of the sender and insert it into a computer system, that's a fraud? Well, because the system, you don't have a fraudulent entry because it's not unauthorized. As long as it's an authorized entry and you're not hacking- Not authorized. They don't want information in there from somebody who's disguising his or her identity. And they don't want false information either. Pardon? And they don't want false information either. No more than the insured and universal wanted false information. Nobody wants false information. Nobody wants to be defrauded. This coverage, and you can get crime fraud coverage. This is about hacking corruption of the system itself, an unauthorized entry if you break through a security barrier. This was just an email, just like if they submitted a virus. This is Metadata's point, that suppose it's a virus. It comes in through an authorized email, but it's a virus that corrupts the system. They think that proves their point, but they're wrong because there had to be separate coverage for a virus because a virus that comes in through authorized email is not a fraudulent entry. That is a permissible entry of a virus, and it's separately covered. I wouldn't be able to accept that if, say, a customer wrote and concealed his true identity, when instead what the scheme has done is take an email account that the company assigned to the president and corrupt it. Why isn't that a fraudulent entry into the system in the sense that you have now entered the system and made emails from that president frauds? I think there's a factual point. Nothing in this email, in this scheme, corrupted the president's email account. It would be different. If the SMTP envelope had been changed and instructions had been sent in to say, you know, when the sender, when you hit reply, throw up a different address system, do something different from you usually do, that would be maybe corrupting the president's email account. The president's email account was untouched. They did that. Didn't the replies go to the fraudster? They went to the, and it correctly said. When you hit reply, that's how it was discovered. When you hit reply, it didn't go to the president. It didn't say it went to the president. It said it went to the fraudster. So the envelope was absolutely accurate. The message was just written in a way to make it, to, you know, trick the recipient reading the message in the same way that fake information in the message, you know, body of the message would trick the recipient. It didn't trick the system at all. The system just printed the message that was sent with false information. There's no difference materially between false information, the body of the message. It says, you know, I'm the president, send, send me money. And the from field, which says I'm the president, you know, read message, send me money. It's all false information. But Universal's unambiguous on this. Universal says it doesn't cover the fraudulent and it doesn't cover the entry of fraudulent information. That's what this was. The entry of fraudulent information. You reserved three minutes. Thank you. Thank you, Your Honor. We'll hear from metadata. Good morning, counsel. Morning. May it please the court, Robert Loeb for, for metadata. I mean, what do you feel like that there was no unauthorized entry? There was, this was an open system where anyone could send an email. That's what he means that anyone can send an email to any email address and that's true of any email system, Your Honor, except for answer is yes. The answer is yes. But if you look at Universal, it defines, he reads it, reads one word of it, but it talks about a deceitful and dishonest entry, Your Honor. So this email being sent into the system added IMF codes, but certainly were not authorized. This was a deceitful, dishonest violation of the integrity of the computer system. That's the language of Universal. What we hear here this morning is doublespeak by the insurance company. We took out insurance coverage for computer fraud. What we have here in a common sense notion of everyone can see is computer fraud only because Mr. Hacker here is saying, let's read Universal in a very overly rigid way to say only when you send, you actually break into the computer system is there computer fraud. It does not say that. It says if there's a violation of the integrity of the computer system, including deceitful and dishonest entry, then I'd also, This is all about what you insured against. And as I understand your adversary, the point is they insured you against corruptions of your system. You could have alternatively secured insurance for fraud committed by a computer, but not necessarily with that, with an, a corruption of your system. And they're saying that's what happened here. What, what's your response? My response is we bought a very fulsome policy, which dealt with both manipulation of computer logic, which are the type of things he's talking about, a hack of the computer logic. We also paid for where there's fraud by entry of data or by change of data elements. And that's what we're arguing is covered here. The district court said both those things are caused here. And we, we don't have a situation like a universal where the computer was completely incidental to the fraud, where it could have been just like you said, it could have been a post office submission of a letter. No, we have here where the computer was instrumental, crucial to the fraud. So they used the fraudsters use the computer system against metadata. So a feature of the system, if you look at page 62 of the record, is that an incoming email is looked at as, is this an internal email or is it not? So it tries to, the computer system is a feature recognizes internal emails. And when it sees an internal email, it puts the name of the person in a particular way and it takes the picture of that person and adds it to the email. The I, excuse me, it blesses them in the imparture of legitimacy. That's the integrity of the computer system. It is vouching for the person as an internal email, right? Um, and they manipulated with the IMF codes. It wasn't just content. They put IMF codes, not directed at the reader, the human reader directed the computer system to grab the wrong name, to grab the picture. And there was a misstatement made by Mr. Hacker. Let me just point that out. On the reply, he says when the reply was made by Ms. Evans, that it revealed the name of the fraudster, it was fraudster.com. If you look at page 274 of the confidential appendix, let's look at that page. It says two, it says Glenn DeVries. That's the president of metadata because the IMF codes masked who the two was from, who the from was from, and grabbed his pictures. That was a manipulation of the computer system. That wasn't just a manipulation and sending lies to the employees of metadata. So what we have here is not an incidental use of the computer, but the computer was crucial to the commission of this fraud. Evans, Chin, Schwartz all said they only processed this payment because they viewed these emails as being legitimately from the president of the company. And that- Is there contributory negligence provision in this policy at all? There's no defense been raised by the insurance company that there's a defense against payment based on the negligence of the parties here. And people take out insurance recognizing that employees are not perfect. And the employees here said these were the type of transactions we knew that were being done. When we read these emails, they read just like they come from the president. It has looked just like an internal email from him. We would have not processed this unless we understood the president had authorized this transfer. But let me also, we talked about the entry of data. We also have coverage for change of data elements. And data is defined in the policy. Again, we took out a broad policy to cover for just this kind of loss. Data is defined very broadly to include representation of information. So if what they're doing is changing the representation of information within the computer and how it's being displayed- How do they change, exactly? Well, the IMF codes change the way that the emails look to me. They change the representation, they change the way these emails look. The IMF codes mask, they're from, instead of being fraudster.com, it says Glenn DeVries, just like an internal email, it has the picture. Fraudsters don't have the picture. It's only in the internal computer system, which has been manipulated by the fraudster. So this is a- It gets us to your adversary's argument that the computer violation is defined as the fraudulent entry of data into a computer system. And that unless there's something corrupt about the way it was entered, that you don't have coverage. So why don't you tell us why you don't think we should be persuaded by that argument? I will, but what I was talking about, the change of data, that's a separate coverage. So computer fraud is defined in two ways. Entry of data and change of data elements. So if you find either one is true, and there's no question that, because data is defined as the way things are represented on the screen, right? But that's change to data elements of a computer system. I mean, were there, are you saying that any of these data elements or program logic was a part of your computer system? The part of the feature is grabbing the right picture and sending that picture and the name to the party. And that is, that representation of that information to the user in the computer system is changed by those IMF codes. Absolutely, Your Honor. But let me also get to your point about entry. So they rely, for this very narrow reading of entry, they rely exclusively on Universal American, which of course is a case where the computer was completely incidental to fraud. There, they didn't say that the coverage for data entry was limited to where you hack in and break into the computer. The key language is that that language manifests an intent to cover a violation of the integrity of the computer system through deceitful and dishonest access. So even when you don't break in, when you have dishonest access by sending sealed codes, IMF codes in there, which are tricking the computer system, that is a violation of the integrity of the computer system. As Your Honor's already said, you get emails from one another. There's an imprature that it's an official internal email. It might even have the picture of the chief judge. You view it as you're going to respond to it as if it is a real email because we rely on it because of the integrity of the computer system. We don't have pictures. We could add them, but there's no protection. You should talk to your enterprise system. It might be a picture of my colleagues, but it wouldn't assure me that it came from them under this system. So the answer is that even if you can send an email into the system when you include IMF codes, which are manipulating the very system, you are triggering all that language from a universal American that this is a deceitful and dishonest entry, that it's an intact violation of the computer system. And this is just common sense. All of this is we have computer fraud coverage. This is computer fraud. Universal American doesn't require you to ignore common sense or common sense reading of the provision. Do you want to talk about the two other provisions of the policy, computer fraud? Let me just touch on one other thing about causation. They try to throw smoke in the air, just like they do about that reply coming from the wrong person, that this was caused by the belief, by an oral confirmation from the president, Mr. DeVries. That is simply incorrect. The only place the oral confirmation comes from is from the second fraudulent email. So if you look at email, which is at page 279, the email that went to Schwartz and Chin, that email starts and said, I've just spoken to Alicia, that's Ms. Evans, and have confirmed about this transaction. So Schwartz and Chin believe there was this oral confirmation because they read it in the fraudulent email. And then they cite a deposition testimony of Mr. Chin where he says, well, after I got that email, I saw Ms. Evans in the hallway, Alicia, and she said, he says to her, so you talk to him. And she says yes, because she didn't get that second email, it wasn't sent to her. She thinks he's talking about the conversation that she had with the lawyer, Mr. Myers. So she says yes. They hear two different things. And all this is confusion intentionally sowed by the fraudsters by sending an email saying that he had orally confirmed it with Ms. Evans. And then finally, Ms. Evans says very clearly that she would have never signed off on this deal. She would have never helped the wire being sent unless the president had signed off. So Mr. Myers, the lawyer, says to her, you know, you should do these things. And she goes, I can't do it unless the president gives me the bank account number and gives me the amount and tells me to do it. I can only do this with the president's authorization. That's at page 402 of the record. And ultimately, then the president, the fake president, through the IMF codes, looks like it's for him, gives that varying information to her, and the thing is processed. So it's... To other people as well. To the two other... And all three of them believe this is emails from the president. The only one reason they're doing this is they believe the transaction is authorized by the president. This is computer fraud, and we should have coverage, Your Honor. Of course, people have computers because they don't want to have to have oral communications all the time. I will reserve comment on that. Is that true? Okay. Thank you. Thank you. Vance, you affirm. To be clear, Your Honors, all emails have IMF code. That's how emails are written. This one was written with false information. I think the key point a couple of Your Honors have raised is this question about the addition of the name by metadata system. You have to go back to the language of policy, first of all, which requires a fraudulent entry, an unauthorized entry. The use of the name, correctly associating a name with the name written onto the message is not a false entry. It's already into the system. It's not a change to the system because it doesn't change any data elements or program logic. But it didn't come from the president, and it made it look as if it did, the coding, the spoofing. Right. The false information sent in triggered an accurate association of the name with the false name, but that didn't change any data elements or program logic. There's no change at all, nor was there a fraudulent entry. It was already into the system. The false from information is not how it got into the system. If the system were set up where you looked at before it ever came into the system, it somehow checked the names and said, okay, that's the president. It can come in and be circulated. That would be a different case. This just came into the system, and things happened. Frauds happened, and nobody likes fraud. Or they bought insurance. Sure, exactly. But they didn't buy insurance for fraud. That's available. That's not what this is. This is about hacking, as Universal explicitly says. Isn't this insurance for computer fraud? Isn't that the title of the one part? Right. And even metadata agrees it doesn't cover fraud using a computer. That's not what it's about. Metadata says that. It's not just fraud using a computer. It's about fraudulent entry, which Universal tells all of us has to be an unauthorized intrusion. And metadata says at paragraph 35, I don't understand why my colleague was resisting this. It's his words. It says there's no unauthorized intrusion. That's what metadata says. Universal says there has to be an unauthorized intrusion. You put those two together, and there's no coverage under this provision. Fraudulent entry of data, though, as we've talked about. In listening to you, my concern is that unlike the invoice, which now, the fraudulent invoice, which is now going to get paid, what you're hoping for here is responses, including possibly a response to the president to check, is this what you really want me to do? And thanks to this entry of fraudulent return address information, a response would go to  the president. So that all seems to be not just a fraud using a computer, but the computer itself having been corrupted, so that it gets the information back to the fraudster rather than the genuine president. But there's no, it's not just corruption generally. Nothing in the system changes in any way. It has to be... I'm sure it does. What's now been entered into the victim's computer, unbeknownst to him, is a return address for the fraudster masquerading as the president. That's now in his computer as the president's return address. Well, the message is a from field, in the exact same way that Universal, in the computer system. I can't also believe my colleague says the use of a computer was incidental in Universal. It was false information that, the submission of that false information caused the computer to pay false claims. Right? The computer was used there, but there was, and it was horrible for them, it was a horrible fraud. Right? But there was no, it didn't get into the system by faking the computer out. And the same is true here. There's no fake, it didn't facilitate access by having the false from information. And by the way, the accurate return address on the envelope, all of those things, it got in despite those things. Then bad things happen. Nobody disagrees with that. But that's not what this coverage was about. I would agree with you if the fraud in the insurance, it's got a fraudulent claim and it's a PDF and it's got an address that's not a genuine address. That's, that's a document that's could stand alone as a piece of paper. The difference here is that the false return address for the president exists only in the computer and was put into the computer. And that seems closer to what the policy covers. Well, I mean, it may be descriptively closer, but you don't get to, it didn't get there because of, it didn't get entry, it didn't gain entry because of that false information. It just came in. That's what paragraph 35 says. So we can all agree there's no unauthorized entry. The only possible theory is, and as a fraudulent change and none of the program elements changed, none of the program logic changed. It was all the same and operated just as it was supposed to. There's a false from information and the computer reads it. It says, you know, Glenn DeVries and the computer accurately reads that and says, okay, I'm going to associate Glenn DeVries with that. There's no change. That's just how the system works internally, but it didn't get there because of that. And this is not a unique situation. This is the same kind of facts that were involved in Taylor and Lieberman and the court said with the exact same language and the court said no coverage there because it was false sender information. And the court said, that's not what this coverage is about. There are other coverages. In fact, there's exactly the kind of coverage Your Honor talked about, Judge Raji, in other cases that cover the use of any computer to fraudulently cause a transfer. Now that seems pretty broad, but in Pestmaster, in Apache, and in American Tooling, the court said in similar circumstances, there's no coverage because there wasn't the kind of hacking or corruption of the data elements, the system itself. What there was was an old-fashioned fraud scheme, just as if somebody had come to the front of the bank with a mask on of the president, right? And walked through the front doors and walked up to a teller and said, I'm the president. Give me all the bank's money, or give me a million dollars from the bank. And the teller said, well, there's the president. That wouldn't be a fraudulent entry. That would be a fraud. It would be a different case and one covered under a comparable situation. If the security, the money was standing in a pile in a vault and only the bank's president could get in. And the security guard said, oh, there's the bank's president, I'm going to let him into the vault and let him take the money. That's the kind of situation that's covered by this provision, not just an old-fashioned scheme of deceit, that every single element of which could have been accomplished by a letter sent in. Except here, nobody sends letters anymore. It was done by an email, but the email was authorized as metadata itself says, and nothing in the system whatsoever was changed. Thank you. Thank you both. We'll reserve decision.